UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA DISLA GUZMAN, RENSO BRITO, and HECTOR DEL ORDEN,<br><br>       Plaintiffs,<br><br>    v.<br><br>EVANS DELIVERY CO. INC., PINNACLE FREIGHT LINES, US40 LOGISTICS INC., SARMIENTO TRUCK SALES LLC, and KEARNY POINT,<br><br>       Defendants. | No. 23-CV-3536 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  An initial status conference was previously scheduled in this matter for June 14, 2023 at 1:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to June 21, 2023 at 3:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. The parties are also reminded that they must still file a proposed Case Management Plan, as directed in the Court's Order dated May 12, 2023.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: June 13, 2023
     New York, New York

                    Ronnie Abrams
                    United States District Judge