UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA DISLA GUZMAN, RENSO BRITO, AND HECTOR DEL ORDEN,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>EVANS DELIVERY CO. INC., PINNACLE FREIGHT LINES, US40 LOGISTICS INC., and SARMIENTO TRUCK SALES LLC,<br><br>                  Defendants. | No. 23-CV-3536 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      As discussed during today's telephonic conference, counsel for Plaintiffs shall jointly submit a status letter to the Court no later than November 1, 2023. The letter shall update the Court about Plaintiffs' proposed plan for pursuing this litigation in light of Brito and Del Orden's crossclaim against Guzman and desire to add Guillermo Mayol as a defendant.

SO ORDERED.

Dated:      October 25, 2023
                New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge