UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA DISLA GUZMAN, RENSO BRITO, AND HECTOR DEL ORDEN,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>EVANS DELIVERY CO. INC., PINNACLE FREIGHT LINES, US40 LOGISTICS INC., and SARMIENTO TRUCK SALES LLC,<br><br>                    Defendants. | No. 23-CV-3536 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      As discussed during today's telephonic conference, counsel for all parties shall jointly submit a status letter to the Court no later than March 22, 2024. In advance of filing the status letter, counsel shall confer with the attorneys representing all other interested parties, research the law, and propose next steps in this action and the legal basis for them.

SO ORDERED.

Dated:     March 8, 2024
              New York, New York

                                                      Ronnie Abrams
                                                    United States District Judge