UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA DISLA GUZMAN, RENSO BRITO, AND HECTOR DEL ORDEN,

        Plaintiffs,

v.

EVANS DELIVERY CO. INC., GUILLERMO MAYOL, VALOR TRANSPORTATION LLC

        Defendants.

No. 23-CV-3536 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

As discussed during today's telephonic conference, counsel for all parties shall jointly submit a status letter to the Court no later than July 12, 2024. The letter should include an update on the status of the cross claim filed by Plaintiffs Brito and Del Orden against Plaintiff Guzman.

Additionally, a telephonic conference is scheduled for July 19, 2024 at 2:30 p.m. Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    June 14, 2024
           New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge